WHIT C. BECKWITH, ADMINISTRATOR OF THE ESTATE OF
JULIA C. ABERNETHY, v. THE TOWNSHIP OF VAN
BUREN.

[See 52 Mich. 383.]

*Injury from defective bridge—Liability of township.*

This case is ruled by opinion in *Abernethy v. Township of Van
Buren*, 52 Mich. 383.

Error to Wayne. (Speed, J.) Argued April 27, 1887.
Decided May 5, 1887.

Case. Plaintiff brings error. Affirmed. The facts are
stated in the opinion filed on former hearing.

*Henry M. Cheever*, for appellant.

*Samuel W. Burroughs* and *Moore & Moore*, for defendant.

MORSE, J. This case has formerly been before this
Court, and will be found reported in 52 Mich. 383.

The members of the Court who sat in the case then are all
agreed that the case as now brought here does not essentially
differ in any of its material features from the first record in
this Court. They consider that the opinion in 52 Mich. dis-
poses of the case upon the merits against the plaintiff.

After a careful examination of the present record, not hav-
ing been a member of the Court when the case was first pre-
sented here, I am also satisfied that the plaintiff was not
entitled to recover upon the facts, and that the court below
was right in taking the case from the jury. The facts are
sufficiently stated in 52 Mich., and I could not add, if I
wished to do so, anything of interest or value to the opinion

of the present Chief Justice filed in that case. See *Aber-nethy v. Van Buren Tp.*, 52 Mich. 383.

The judgment of the circuit court for the county of Wayne, in favor of the defendant, is affirmed, with costs.

The other Justices concurred.